UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-cv-61157-BB

HOWARD COHAN,

     Plaintiff,

v.

BLUE MARTINI GALLERIA, INC.
a Florida Profit Corporation
d/b/a BLUE MARTINI,

     Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN and Defendant, BLUE MARTINI GALLERIA, INC., d/b/a

BLUE MARTINI, hereby advise the Court that the parties have reached a settlement.  The parties

anticipate filing the appropriate dismissal documents within the next ten (10) days.

Respectfully submitted this 24th day of August 2022.


*/s/ Gregory S. Sconzo*
Gregory S. Sconzo, Esquire
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, Fla 33410
Tel: (561) 729-0940
Fax: (561) 491-9459
E-mail: greg@sconzolawoffice.com
*Counsel for Plaintiff*

*/s/ Joshua M.Entin*
Joshua M. Entin, Esquire
Florida Bar No.: 493724
Entin Law Group, P.A.
1213 S.E. Third Street
Ft. Lauderdale, Fla 33316
Tel: (954) 761-7202
E-mail: josh@entinlaw.com
*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 24th day of August 2022.

Respectfully submitted,

By: */s/ Joshua M. Entin*
JOSHUA M. ENTIN, ESQUIRE
ENTIN LAW GROUP, P.A.
1213 S.E. Third Avenue
Ft. Lauderdale, Florida 33316
Tel: (954) 761-7201
Fla. Bar No:  493724
E-mail: josh@entinlaw.com
*Counsel for Defendant*